**2006–2078. Burya v. Lake Metroparks Bd. of Park Commrs.**

Lake App. No. 2005–L–015, 2006-Ohio-5192. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2005–1993 and 2005–2032,

*Elston v. Howland Local Schools,* Trumbull App. No. 2004–T–0092, 2005-Ohio-4765; cause consolidated with 2006–2094, *Burya v. Lake Metroparks Bd. of Park Commrs.,* Lake App. No. 2005–L–015, 2006-Ohio-5192; and briefing schedule stayed.